## RUNYON v
## WESTERN & SOUTHERN L INS CO

Ohio Appeals, 4th Dist, Lawrence Co

Decided March 30, 1934

H. A. McCown, Ironton, for plaintiff in error.

Corn, Jenkins & Collier, Ironton, for defendant in error.

For full opinion see 1 OO 244; 192 NE 882; 48 Oh Ap 251.